| Trustee Name, Address, Phone, Fax, Email: | |
|---|---|
| Dane S. Field<br>P.O. Box 4198<br>Honolulu, HI 96812<br>(808) 232-8788<br>Dfield@hawaii.rr.com | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII |
| Debtor(s): **Industiral Technology** | Case No.: **96-00268**<br>Chapter 7 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011: This amount represents unclaimed funds on the claim(s) listed below. | $ **19,304.48** |
|---|---|

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 135 | Ogden Environmental & Energy Services<br>CUYLER SHAW, ASHFORD & WRISTON<br>1099 ALAKEA ST., 14TH FLOOR<br>HONOLULU, HI 96813 | $ 9,724.27 |
| 148 | Clayton Environmental<br>C/O RITA L. REPKO<br>41650 GARDENBROOK RD., STE. 155<br>NOVI, MI 48375 | $ 9,580.21 |
| | | $ |
| | | $ |

Dated: November 9, 2010

/s/ [signature]
Trustee

hib_3011ntc     2/07     [ECF: Trustee/US Trustee ... Notice of Deposit of Unclaimed Funds]

U.S. Bankruptcy Court - Hawaii   #96-00268   Dkt # 631   Filed 11/09/10   Page 1 of 1